ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Koman Construction, LLC | ) ASBCA No. 63275 |
| | ) |
| Under Contract No. FA9401-21-C-0001 | ) |

APPEARANCES FOR THE APPELLANT:     Lee-Ann C. Brown, Esq.
          Douglas L. Patin, Esq.
            Bradley Arant Boult Cummings LLP
            Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
            Deputy Chief Trial Attorney
          Aaron J. Weaver, Esq.
          Lori R. Shapiro, Esq.
            Trial Attorneys

ORDER OF DISMISSAL

On August 25, 2022, the parties advised that they have resolved the issues in this appeal and requested a dismissal with prejudice. Accordingly, this appeal is dismissed with prejudice.

Dated: September 1, 2022

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63275, Appeal of Koman Construction, LLC, rendered in conformance with the Board's Charter.

Dated: September 1, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals